889-14

# ELECTRONIC RECORD

COA # 01-12-00666-CR          OFFENSE: 19.03 (Capital Murder)

STYLE: Juan Antonio Zapata v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 179th District Court

DATE: 06/05/2014          Publish: NO          TC CASE #: 1257504

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Juan Antonio Zapata v. The State of Texas          CCA #: 889-14

APPELLANT'S Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: 12/17/2014          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

DISSENTING STATEMENT
JUDGE COCHRAN

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD